IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY J. CRAGO,

    Plaintiff,

vs.

LEONARD, K #0877,

    Defendant.

                                 /

No. 2:13-cv-531-GEB-EFB PS

ORDER

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted an affidavit purporting to demonstrate that she is unable to prepay fees and costs or give security for them. Dckt. No. 3. However, a review of the affidavit reveals that it has not been completed or dated. Accordingly, plaintiff is directed to file, within fourteen days of this order, a further affidavit which is completed, dated, and signed under penalty of perjury. The court will then resume consideration of plaintiff's application to proceed *in forma pauperis*.

    SO ORDERED.

DATED: March 20, 2013.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE