IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY J. CRAGO,

    Plaintiff,

vs.

LEONARD, K #0877,

    Defendant.

                                 /

No. 2:13-cv-531-GEB-EFB PS

ORDER TO SHOW CAUSE

       This case, in which plaintiff is proceeding *pro se* and *in forma pauperis*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On April 4, 2013, the court issued an order setting a status (pretrial scheduling) conference for August 7, 2013 and directing the parties to file status reports fourteen days prior to that conference, or in this instance, by July 24, 2013. ECF No. 10.

       On July 23, 2013, defendant filed a status report. ECF No. 15. However, the docket reveals that plaintiff has failed to file a status report, as required by the April 4, 2013 order. Therefore, the undersigned will continue the status (pretrial scheduling) conference and will order plaintiff to show cause why she should not be sanctioned for failing to file a status report as ordered. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference currently scheduled for August 7, 2013, is rescheduled for September 11, 2013, at 10:00 a.m., in Courtroom No. 8.

2. Plaintiff shall show cause, in writing, on or before August 28, 2013, why sanctions should not be imposed for failure to file a status report in compliance with the court's April 4, 2013 order.

3. On or before August 28, 2013, plaintiff shall file a status report setting forth the matters referenced in this court's April 4, 2013 order, ECF No. 10.

4. Defendant is not required to file a further status report or a response to plaintiff's status report, but if he elects to do so, any such status report or response to plaintiff's status report shall be filed on or before September 4, 2013.

5. Failure of plaintiff to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with this court's orders and Local Rules. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

DATED: July 29, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE