1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MARY J. CRAGO,

10          Plaintiff,                        No. 2:13-cv-531-TLN-EFB PS

11       vs.

12   LEONARD, K #0877,                        ORDER

13          Defendant.

14   _____/

15       This case, in which plaintiff is proceeding *pro se* and *in forma pauperis*, was referred to

16   the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On April 4,

17   2013, the court issued an order setting a status (pretrial scheduling) conference for August 7,

18   2013 and directing the parties to file status reports fourteen days prior to that conference, or in

19   this instance, by July 24, 2013.  ECF No. 10.

20       On July 23, 2013, defendant filed a status report.  ECF No. 15.  However, the docket

21   reflected that plaintiff failed to file a status report, as required by the April 4, 2013 order.

22   Therefore, the undersigned continued the status conference and ordered plaintiff to show cause

23   why she should not be sanctioned for failing to file a status report as ordered.  ECF No. 17.  On

24   August 8, 2013, plaintiff filed a status report and a response to the order to show cause.  ECF

25   Nos. 18, 19.  The response, however, did not explain why plaintiff failed to timely file a status

26   report.

1

1    On September 11, 2013, the case was before the undersigned for a status (pretrial

2  scheduling) conference.  In response to the court's inquiry as to the reason for plaintiff's failure

3  to timely file a status report, plaintiff explained on the record that she did not file her status

4  report because she did not understand the court's procedures and has been unsuccessful in her

5  attempt to acquire counsel.  In light of those representations, the July 29, 2013 order to show

6  cause is discharged.  No sanctions will be imposed.

7    SO ORDERED.

8  DATED:  September 20, 2013.

9                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE