UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO,<br><br>            Petitioner,<br><br>    v.<br><br>LENARD,<br><br>            Respondent. | No. 2:13-cv-0531-TLN-EFB PS<br><br><br><br>ORDER |

On September 18, 2013, plaintiff filed a motion to amend her complaint to add additional defendants. ECF No. 24.

On September 11, 2013, the court held an initial scheduling conference. Plaintiff indicated in the status report that she anticipated filing a motion to amend her complaint to assert claims against two additional officers whose identities were currently unknown. Based on that representations the court issued a the status (pretrial scheduling) order pursuant to Federal Rule of Civil Procedure ("Rule") 16, *see* ECF No. 27, that granted plaintiff until October 23, 2013, to file a motion to amend. *Id*. at 2.

While plaintiff timely filed her motion, it must be denied because it fails to comply with the requirement that she include with the motion the proposed amended complaint. Nor does the motion make clear that her proposed amendment would state a viable claim(s). Eastern District Local Rule 137(c) requires a party seeking leave to amend to file a proposed amended complaint

1

1   with its motion to amend. Plaintiff's motion only states that she wants to amend her complaint to
2   add two additional defendants. It does not provide the names of the two individuals plaintiff
3   wishes to add as defendants, nor does it contain any allegations against such individuals.
4   Accordingly, plaintiff's motion will be denied without prejudice to filing another motion to
5   amend complying with Local Rule 137(c). Plaintiff is cautioned that her proposed amended
6   complaint must be complete in and of itself without reference to her prior complaint. Plaintiff is
7   further instructed that a motion seeking leave to amend her complaint must be filed by October
8   23, 2013. After that date, no further amendments will be permitted except with leave of court,
9   good cause having been shown. *See* ECF No. 27.

10  Accordingly, it is hereby ORDERED that plaintiff's motion to amend her complaint (ECF
11  No. 24) is denied without prejudice to filing another motion to amend that complies with this
12  court's local rules.
13  Dated: October 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE