UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO,<br><br>  Plaintiff,<br><br> v.<br><br>LEONARD, K #0877,<br><br>  Defendant. | No. 2:13-cv-0531-TLN-EFB PS<br><br><br>ORDER |

On September 11, 2013, the court held an initial scheduling conference. Plaintiff indicated in her status report that she anticipated filing a motion to amend her complaint to assert claims against two additional officers whose identities were currently unknown. Based on that representation, the court issued a status (pretrial scheduling) order pursuant to Federal Rule of Civil Procedure ("Rule") 16, *see* ECF No. 27, that granted plaintiff until October 23, 2013, to file a motion to amend. *Id.* at 2.

On September 18, 2013, plaintiff filed her request for leave to amend her complaint to add two additional defendants. ECF No. 24. The motion was denied because plaintiff failed to submit a proposed amended complaint as required by this court's local rules. *See* ECF No. 30; E.D. Cal. L. R. 137(c). On October 24, 2013, plaintiff filed a first amended complaint,

/////

/////

1

1  which the court construed as a motion for leave to amend the complaint.[1] The motion to amend
2  was denied because the proposed amended complaint did not contain any factual allegations or
3  state a cause of action. ECF No. 33 at 3.  However, because it was clear that plaintiff wished to
4  amend her complaint to add additional defendants, the court modified the September 20, 2013
5  scheduling order to provide that after November 29, 2013, no further joinder of parties or
6  amendments will be permitted except with leave of court, good cause having been shown. *Id*. at
7  3-4.
8  On November 26, 2013, plaintiff filed a request for an extension of time to file an
9  amended complaint. ECF No. 34.  Essentially, plaintiff is asking the court to modify the
10 September 20, 2013 status (pretrial scheduling) order to permit plaintiff to file an amended
11 complaint after November 29, 2013.  Plaintiff explains that she needs trial minutes from a
12 different case and that additional time is needed to acquire this discovery from defendant. ECF
13 No. 34 at 2.[2] Plaintiff contends that the trial minutes are needed "to show that Officer Leonard
14 falsified the police report."
15 It is not clear from plaintiff's pleading why trial minutes from another action are needed to
16 amend her complaint.  Officer Leonard is the only named defendant in this action and plaintiff
17 has not shown that the trial minutes she seeks are necessary to amend her complaint to add factual
18 allegation against him.  To the extent plaintiff is requesting additional time to conduct discovery,
19 the request is unnecessary.  Pursuant to the court' scheduling order, discovery need not be
20 completed until March 28, 2014. *See* ECF No. 27.  Accordingly, plaintiff is free to continue to
21 conduct discovery at this time.
22 /////
23 /////

---

[1] Also on October 24, 2013, plaintiff filed a motion requesting that the date for amending her complaint be extended by one day, ECF No. 31, which was granted, ECF No. 33 at 2 n.1.

[2] Submitted with her request to amend the scheduling order is defendant's objections to plaintiff's discovery requests. ECF No. 34 at 4-5.  In response to plaintiff's request for minutes from the William McDonald trial, defendant objects on the grounds that such documents are not in his possession. *Id.*

1    Plaintiff has failed to show good cause for modifying the court's September 20, 2013
2 scheduling order.  Accordingly, plaintiff's request for an extension of time, construed as a request
3 to modify the scheduling order, ECF No. 34, is denied.  This action proceeds on the original
4 complaint, ECF No. 1, filed on March 18, 2013.
5 Dated: January 9, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE