UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO,<br><br>       Plaintiff,<br><br>   v.<br><br>LEONARD, K #0877,<br><br>       Defendant. | No. 2:13-cv-531-TLN-EFB PS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On December 26, 2013, defendant filed a motion for summary judgment.[1]  ECF No. 35.  Defendant noticed the hearing on that motion for January 29, 2014.  *Id*.  Pursuant to this court's local rules, plaintiff was required to file an opposition or a statement of non-opposition to the motion by January 15, 2014.  *See* E.D. Cal. L.R. 230(c).

Plaintiff failed to timely file an opposition or a statement of non-opposition.  Therefore, on January 22, 2014, plaintiff was ordered to show cause, in writing, no later than February 5, 2014, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.  The order also continued the hearing on the motion to dismiss to April 9, 2014, and ordered plaintiff to file an opposition or a statement of non-opposition to the pending motion no later than March 26, 2014.

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21).

1

1     On February 5, 2014, plaintiff filed a response to the January 22 order to show cause.
2 Plaintiff explains that she was unaware that she was required to file a response to the motion for
3 summary judgment.  She further states that she will file a statement of opposition or a statement
4 of non-opposition by the March 26, 2014 deadline.  In light of plaintiff's representations and pro
5 se status, the January 22, 2014 order to show cause is discharged and no sanctions will be
6 imposed.

7     Plaintiff is admonished that failure to file an opposition to the pending motion will be
8 deemed a statement of non-opposition thereto, and may result in a recommendation that this
9 action be dismissed for lack of prosecution and/or failure to comply with court orders and this
10 court's Local Rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

11     So Ordered.

12 DATED: February 6, 2014.

                                                       EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE