3-26-14 CASE # 2:13-CV-00531-TLN-EFB
RESPONSE TO SUMARY JUDGMENT
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

MARY CRAGO    PLANTIFE            CASE# 2:13-CV-00531
         VS                        TLN-EFB
KEN LENARD   DEFENADANT            RESPONSE TO MOTION
                                   FOR SUMARY JUDGMENT

IT WAS VOTED TWO TO ONE THAT DELETING A VIDEO RECORDING OF POLICE MISCONDUCT LIKELEY VIOLATES CIVIL RIGHTS IN 2011 AN AMENDMENT TO THE CONSTITUTION ALLOWING FOR VIDEO RECORDING TO BE INCLUDED AS A NATURAL RIGHT. MAKEING IT MISCONDUCT ON AN OFFICER FOR DELETING IT.

FILED
MAR 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RESPONSE TO MOTION FOR SUMARY JUDGMENT PAGE 1 OF 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARY CRAGO   PLAINTIFF

vs

KEN LENARD   DEFENDANT

CASE # 2:13-CV-00531-TLN-EFB

SEPERATE STATEMENT OF UNDISPUTED FACTS RESPONSE

| UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. AT APPROX 2:15 PM OFFICERS LENARD - YAGER - CHARGIN AND HALL WERE AT PLAINTIFF RESIDENCE TO CONDUCT SEARCH | DECLARATION MARY CRAGO |
| 2. DONNA ANSWERED DOOR | DECLARATION MARY CRAGO |
| 3. DONNA LED OFFICERS TO THE GARAGE TO FIND MARY CRAGO | DECLARTION MARY CRAGO |
| 4. OFFICERS OBSERVED CRAGO NAKED / WAS SITTING ON THE BED WITH NO CLOTHES ON. | DECLARATION MARY CRAGO |
| 5. THE WILLIAM McDONALD TRIAL OFFICER YAGER + CHARGIN TESTIFIED | DECLARATION MARY CRAGO |

SEPERATE STATEMENT OF FACTS   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARY CRAGO  PLAINTIFF
vs
KEN LENARD  DEFENDANT

CASE # 2:13-CV-00531 TLN-EFB STATEMENT OF UNDISPUTED FACTS

UNDISPUTED FACTS
MARY HAD A LAPTOP GUITAR AND BLACK BAG

SUPPORTING EVIDENCE
TRIAL MINUTES FROM YAGAR AND CHARGINS TESTIMONY

PLAINTIFF SHOULD HAVE BEEN CHARGED AND TRIED IN THE WILLIAM MCDONALD TRIAL. THERE WERE NO CHARGES FILED AGAINST MARY CRAGO FOR GLASS PIPE
I WAS A WITNESS NOT A CO DEFENDANT

DECLARATION MARY CRAGO

OFFICER LENARD DELETED VIDEO RECORDING

William McDonald Trial Minutes

STATEMENT OF FACTS UNDISPUTED  Page 2/2

3-24-14 CASE # 2:13-CV-00531-TLN-EFB
Case 2:13-cv-00531-EFB Document 41 Filed 03/21/14 Page 4 of 7
Points and Authorities to Motoin for Sumary Judgment

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

Mary Crago

vs

Ken Lenaog

A BOSTON LAWYER SUEING THE CITY AND POLICE OFFICERS WHO ARRESTED HIM FOR USEING HIS CELL PHONE TO RECORD A DRUG ARREST ON THE COMMON WON a victory WHEN A FEDERAL COURT OF APPEALS SAID THE OFFICER COULD NOT CLAIM QUALIFIED IMMUNITY BECAUSE THEY WERE PROFORMING THEIR JOB WHEN THEY ARRESTED HIM UNDER A STATE LAW THAT BARS AUDIO RECORDING WITH OUT THE CONCENT OF BOTH PARTIES.

IN ITS RULEING WHICH LETS SIMON Glik Continue HIS LAWSUIT THE US COURT OF APEALS FOR THE FIRST CIRCUIT IN BOSTON SAID THE WAY GLIK WAS ARRESTED AND HIS PHONE SEIZED UNDER A STATE WIRE TAPING LAW VIOLATED HIS First AND FOURTH AMENDMENT RIGHTS. THE FIRST AMENDMENT ISSUE HERE IS AS THE PARTIES FRAME IT FAIRLEY NARROW.

Points and Authorites   Page 1 of 3

POINTS AND AUTHORITIES SUMMARY JUDGMENT

IS THERE A CONSTITUTIONALLY PROTECTED RIGHT TO VIDEO TAPE POLICE CARRING OUT THERE DUTIE IN PUBLIC? BASIC FIRST AMENDMENT PRINCIPALS, ALONG WITH CASE LAW FROM THIS AND OTHER CIRCUTS, UNSWER THE QUESTION THAT ANAMBIGOUSLY IN THE AFFIRMATIVE. IT IS FIRMLY ASTABLISHED THAT THE FIRST AMENDMENTS AEGIS EXTENDS FURTHER THAN THE TEXTS proscription ON LAWS ABRIDGING THE FREEDOM OF SPEACH OR OF THE PRESS AND ENCOMPASS A RANGE OF CONDUCT RELATED TO GATHERING AND DISSEMENTAION OF INFORMATION AS THE SUPREAM COURT HAS OBSERVED THE FIRST AMENDMENT GOES BEYOUND PROTECTION OF THE PRESS AND THE SELF EXPRESSION OF INDIVIDUALS TO PROHIBIT GOVERNMENT FROM LIMITING THE STOCK OF INFORMATION FROM WHICH THE PUBLIC MAY DRAW.

GATHERING INFORMATION ABOUT GOVERNMENT OFFICIALS IN A FORM THAT CAN BE READILY DISSEMINATED TO OTHERS SERVES AS A FIRST AMENDMENT INTREST IN PROTECTING AND PROMOTING THE FREE DISSCUSSION OF GOVERNMENTAL AFFAIRS. THE COURT NOTED THAT PAST DECISIONS ON POLICE RECORDING HAVE INVOLVED FULL TIME REPORTERS, BUT SAID THAT THE FIRST AMENDMENT DOES NOT APPLY JUST TO PROFESSIONAL NEWS GATHERES. 8-26-2011

Page 2 of 3

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

POLICE ARE PUBLIC SERVANTS WHEN THE ARE ON THE PUBLIC DIME AT WORK. THE PEOPLE ARE SUBJECT TO KNOW EVERYTHING THAT THEY ARE DOING IF THEY ARE NOT DOING ANYTHING WRONG THEN THEY DONT HAVE ANY THING TO WORRY ABOUT THE AVERAGE JOE IS NOT ON THE PEOPLES DIME HE IS NOT A PUBLIC SERVANT SO HE IS AFFORDED CERTAIN RIGHTS THAT THE POLICE ARE NOT WHILE THEY ARE ON DUTY.

# PROOF OF SERVICE

CASE NAME      MARY V. KEN LENORD

COURT   SACRAMENTO FEDERAL COURT

CASE NUMBER 2513-CV-0053-FN-BFO

I DECLARE THAT I AM OVER THE AGE OF 18 YEARS AND AM NOT A PARTY TO THIS ACTION. I AM FAMILIAR WITH THE MAIL COLLECTION AND      OF THE CITY OF SACRAMENTO IN WHICH THE MAIL IS DEPOSITED WITH THE UNITED STATES POSTAL POSTAL SERVICE ON THE SAME DAY THAT IT IS DEPOSITED FOR COLLECTION AND MAILING IN THE ORDINARY COURSE OF BUSINESS ON THE DATE EXECUTED BELOW. I SERVICED THE FOLLOWING DOCUMENTS

1. Request For DISCOVERY
2. Response to Motion for Summary Judgment
3. Seperate Statement of Facts
4. Points and Authorities
5. Proof of Service

VIA THE UNITED STATES POSTAL SERVICE BY CAUSING A TRUE COPY AND/OR ORIGIAL THEREOF TO BE PLACED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID IN THE DESIGNED AREA FOR OUTGOING MAIL ADDRESSED AS FOLLOWS

x [signature]