1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARY CRAGO,                                No.  2:13-cv-531-TLN-EFB PS

12              Plaintiff,

13        v.                                     ORDER

14   LEONARD, K #0877,

15              Defendant.

16

17        On August 5, 2014, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  No objections were filed.

20        The Court has reviewed the applicable legal standards and, good cause appearing,

21   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

22        Accordingly, IT IS ORDERED that:

23        1.  The proposed Findings and Recommendations filed August 5, 2014, are ADOPTED;

24   and

25        2.  Defendant's motion for summary judgment, ECF No. 35, is DENIED.

26   Dated: September 8, 2014

27

28
                                              _____
                                              Troy L. Nunley
                                              United States District Judge