1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   MARY J. CRAGO,                          No.  2:13-cv-00531-TLN-EFB

12                   Plaintiff,

13          v.                               **ORDER**

14   LENARD, K #0877.,

15                   Defendant.

16

17          This matter is before the Court pursuant to the final pretrial conference set for Thursday,

18   November 20, 2014.  This matter is set for trial on January 20, 2015.  However, due to a conflict

19   with a criminal trial confirmed to begin on January 15, 2015 and estimated to last 2 to 3 weeks,

20   the jury trial in this matter set for January 20, 2015, is hereby VACATED and RESET for January

21   19, 2016, at 9:00 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Accordingly,

22   the final pretrial conference set for Thursday, November 20, 2014 is also VACATED and RESET

23   for November 19, 2015.

24          In reviewing the pretrial statements filed by Plaintiff Mary J. Crago ("Plaintiff") and

25   Defendant Lenard ("Defendant"), the Court notes that Plaintiff states that she would like to waive

26   her right to a jury trial and would be amenable to consenting to try this matter before the

27   magistrate judge.  Thus, the Court hereby orders the parties to meet and confer as to whether both

28   parties are willing to attend a settlement conference before the magistrate judge and whether the

1

1    parties are amenable to consenting to the jurisdiction of the magistrate judge in order to have their

2    matter heard on an earlier date.  The parties are hereby ordered to file a joint statement with this

3    Court within thirty (30) days of the entry of this order notifying the Court as to whether a

4    settlement conference would be beneficial and whether they would like to consent to the

5    jurisdiction of the magistrate judge.

6         IT IS SO ORDERED.

7

8    Dated:  November 14, 2014

9

10

11

12    _____
      Troy L. Nunley
13    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28