UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>LENARD, K. #0877,<br><br>    Defendant. | No.  2:13-cv-00531-TLN-EFB PS<br><br><br><br>**ORDER** |

All of the parties in the above-captioned case have consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c).  According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

/////

1

1    IT IS ORDERED that any hearing dates currently set before
2 the undersigned are **VACATED.**
3    IT IS FURTHER ORDERED that the Clerk of the Court reassign
4 this case to the Honorable Edmund F. Brennan, United States
5 Magistrate Judge.  All future documents filed in the above-
6 captioned case shall reference the following case number:  No.
7 2:13-cv-00531-EFB.
8    Dated:  January 29, 2015

Troy L. Nunley
United States District Judge

12    Having also reviewed the file, I accept reference of this
13 case for all further proceedings and entry of final judgment.
14    DATED:  January 29, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2