UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO, | No. 2:13-cv-0531-EFB PS |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE |
| LEONARD, K #0877, | |
| Defendant. | |

A bench trial is set to commence in this matter on October 5, 2015. The court's pretrial order instructed the parties to serve and file their trial briefs no later than fourteen days before trial or, in this instance, by September 21, 2015. ECF No. 63 at 3. Plaintiff timely filed her trial brief. ECF No. 70.[1] She subsequently filed a request for a two-day extension of time to file an amended trial brief. ECF No. 71. She explains that the trial brief she filed is missing a conclusion section, and she therefore requests two additional days to file a brief that includes her conclusion. Plaintiff's request is granted, and she shall file her amended trial brief by September 25, 2015.

Defendant, however, has failed to file a trial brief as required by this court's pretrial order and Local Rule 285. *See* E.D. Cal. L.R. 285 (requiring parties to file and serve their trial briefs

---

[1] On September 18, 2015, plaintiff filed a request for an extension of time to file her trial brief. ECF No. 69. Given that plaintiff timely filed her trial brief, that request is denied as moot.

1

not less than fourteen days before trial).  Nor has defendant timely filed a request for an extension of time.  Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In light of defendant's violation of the pretrial order and local rules, he is ordered to show cause why sanctions should not be imposed for his failure to timely file a trial brief.

Accordingly, good cause appearing, it is hereby ORDERED that:

1. Plaintiff's September 18, 2015 request for an extension of time to file a trial brief (ECF No. 69) is denied as moot.

2. Plaintiff's request for an extension of time to file an amended trial brief (ECF No. 71) is granted, and plaintiff shall file an amended trial brief by September 25, 2015.

3. Defendant shall show cause, in writing, no later than September 25, 2015, why sanctions should not be imposed for failure to timely file a trial brief.

4. Defendant shall file a trial brief no later than September 25, 2015.

5. Defendant is admonished that failure to comply with this order will result in the imposition of sanctions.

DATED:  September 23, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE