UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary J. Crago , <br><br> Plaintiff, <br><br> v. <br><br> Leonard, <br><br> Defendant. | Case No. 2:13-cv-0531 EFB <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in favor of defendant pursuant to Bench trial held on 10/5/2015.

Date: October 06, 2015                              MARIANNE MATHERLY, CLERK

                                                    By: /s/  H. Kaminski
                                                    Deputy Clerk